```
                    UNITED STATES BANKRUPTCY COURT
                    EASTERN DISTRICT OF MISSOURI
                         EASTERN DIVISION


IN RE:                          )    CASE NO: 06-41506-399
                                )
JAMIE D REVELLE                 )
                                )    CHAPTER 13
                                )
                                )
              DEBTOR(S)         )


               LIST OF UNCLAIMED FUNDS AND ENTITIES
                  WHICH ARE ENTITLED TO PAYMENT

      COMES NOW JOHN V. LABARGE, JR., CHAPTER 13 TRUSTEE, AND PROVIDES
LIST FOR FILING PURSUANT TO BANKRUPTCY RULE 3011.  THE FOLLOWING IS A
LIST OF ALL KNOWN NAMES AND ADDRESSES OF THE ENTITIES AND THE AMOUNTS
WHICH  THEY  ARE  ENTITLED  TO BE PAID FROM REMAINING PROPERTY OF THE
ESTATE THAT IS PAID HEREWITH INTO COURT PURSUANT TO 11 U.S.C. SECTION
347(A):


LAKE COOK PARTIES LLC
5 REVERE DR                              $              43.45
C/O HILCO RECEIVABLES LLC
NORTHBROOK IL
404487             60062


                                  /s/ John V. LaBarge, Jr.
                                  ----------------------------------
DATE: May 31, 2011                JOHN V. LABARGE, JR.,
                                  CHAPTER 13 TRUSTEE
                                  P.O. Box 430908
                                  St. Louis, MO 63143
BG -091                           (314) 781-8100   trust33@ch13stl.com
```